UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
LUIS LAZZARINI, on behalf of himself and others
similarly situated,

                            Plaintiff,

       -against-

REINWALD BROTHERS BAKERY CORP.,

                            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**STIPULATION AND ORDER OF DISMISSAL**

Index No. 08 CV 2264

(J.Seybert) (M.J.Wall)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties in the above captioned action, through the undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice and without costs or attorneys' fees (other than those specified in the Settlement Agreement)

In "so ordering" the instant Stipulation, the Court hereby approves the Agreement and General Release previously provided to the Court for its review and approval.

The Court retains jurisdiction over the settlement agreement resolving this action.

Dated: May ___, 2009

| | |
|---|---|
| **Kraselnik & Lee, PLLC**<br>*Attorneys for Plaintiff*<br><br>By: _____<br>Robert Kraselnik, Esq. (RK- ____)<br>40 Wall Street, 28th Floor<br>New York, New York 10005<br>(212) 400-7160 | **Kaufman Dolowich Voluck & Gonzo LLP**<br>*Attorneys for Defendant*<br><br>By: _____<br>Jeffery A. Meyer, Esq. (JM-4468)<br>135 Crossways Park Drive, Suite 201<br>Woodbury, New York 11797<br>(516) 681-1100 |

So Ordered:

_____
U.S.D.J.

ND: 4828-1673-7027, v. 1